| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

BEFORE:   JAMES ORENSTEIN                                                DATE:       3/25/2014
          U.S. MAGISTRATE JUDGE                                          TIME:       9:30 a.m.

*Zi Jun Lu, et al. v. Sing Tao Newspapers New York, Ltd., et al.*
13-CV-3244 (FB) (JO)

TYPE OF CONFERENCE:   Status

APPEARANCES:   Plaintiffs      Anne Seelig

               Defendants     Michael Tiliakos

SCHEDULING: The next pretrial conference will be held on June 10, 2014, at 10:30 a.m.

SUMMARY:

1. The parties will take the deposition of the defendants' IT expert, and will take further steps as discussed at the conference, in an effort to retrieve the defendants' emails in response to the plaintiffs' discovery requests.

2. On consent, I will enter an amended case management and scheduling order that extends all remaining pretrial deadlines by approximately one month.

                                                        SO ORDERED

                                                        ___/s/___
                                                        JAMES ORENSTEIN
                                                        U.S. Magistrate Judge